UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.:** |
| | : | |
| **SHARON RUDD,** | : | 18 U.S.C. § 371, 287, 2) |
| | : | (Conspiracy; False, Fictitious and |
| Defendant | : | Fraudulent Claims; Causing and Act |
| | : | to be Done) |
| | : | |

## INFORMATION

The United States Attorney informs the Court that:

**Count One (Conspiracy to Commit False, Fictitious and Fraudulent Claims)**

1. Between in or about January 1, 2002, until in or about August 1, 2004, defendant SHARON RUDD worked as a procurement technician for the United States Department of Agriculture ("USDA"), Farm Service Agency ("FSA"). Defendant SHARON RUDD was assigned to the FSA's Management Services Division ("MSD"), Recurring Requirements Section. Defendant SHARON RUDD's office was located at 1400 Independence Avenue, SW in the District of Columbia.

2. Between in or about January 1, 2002 until in or about August 1, 2004, "Coconspirator A" (an unindicted Coconspirator of defendant SHARON RUDD) worked as a secretary and authorized time clerk for the Management Services Division of the FSA. Coconspirator A worked at the same location as defendant SHARON RUDD. As time clerk, Coconspirator A was responsible for collecting time and attendance forms from employees, submitting them to supervisors for review, and then transmitting them electronically to the USDA's National Finance Center ("NFC") – the

entity responsible for issuing paychecks to U.S. Government employees. Coconspirator A was directly responsible for submitting defendant SHARON RUDD's time and attendance forms to the NFC.

<u>The Conspiracy</u>

3. From between in or about January 1, 2002, until in or about August 1, 2004, in the District of Columbia and elsewhere, defendant SHARON RUDD and Coconspirator A (an unindicted Coconspirator) did unlawfully and knowingly combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, that is: knowingly making and presenting to the USDA, an agency of the United States, a False, Fictitious or Fraudulent Claim, that is, time and attendance forms claiming compensation for in excess of 1000 hours of overtime that defendant SHARON RUDD had not in fact worked, resulting in unauthorized payroll compensation to defendant SHARON RUDD totaling $29,500 over and above her authorized rate of pay, in violation of Title 18, United States Code, Section 287.

<u>Goal of the Conspiracy</u>

4. A goal of the conspiracy was for the coconspirators, including defendant SHARON RUDD, to unlawfully enrich themselves by fraudulently obtaining monies from the United States Department of Agriculture, an agency of the United States Government.

<u>Manners and Means</u>

5. In order to achieve the goal of the conspiracy defendant SHARON RUDD and Coconspirator A used the following manners and means, among others:

A. It was part of the conspiracy that in the first part of 2002, defendant SHARON RUDD and Coconspirator A discussed a way for them to earn extra money by altering defendant SHARON

RUDD's time and attendance forms to reflect additional overtime hours that defendant SHARON RUDD had not worked.

B. It was further part of the conspiracy that Coconspirator A agreed that she would enter extra overtime hours for defendant SHARON RUDD in exchange for defendant SHARON RUDD paying Coconspirator A approximately $200.00 each time Coconspirator A altered and submitted a false time and attendance form on behalf of defendant SHARON RUDD.

C. It was further part of the conspiracy that defendant SHARON RUDD and Coconspirator A agreed that Coconspirator A first would submit defendant SHARON RUDD's accurate time and attendance forms to defendant SHARON RUDD's supervisor, and that once the supervisor approved the accurate time and attendance forms, Coconspirator A would alter them by augmenting the number of overtime hours defendant SHARON RUDD claimed to have worked.

D. It was further part of the conspiracy that defendant SHARON RUDD and Coconspirator A agreed that Coconspirator A would submit defendant SHARON RUDD's altered time and attendance forms to the NFC for numerous pay periods, resulting in defendant SHARON RUDD's being paid $29,500 for in excess of 1000 hours of overtime she never worked.

Overt Acts

6. Within the District of Columbia and elsewhere, in furtherance of the above described conspiracy and in order to carry out the objects thereof, defendant SHARON RUDD and Coconspirator A, committed the following overt acts, among others:

(1) On or about July 15, 2002, defendant SHARON RUDD and Coconspirator A knowingly created and submitted to the NFC, a false claim, that is a time and attendance form on behalf of defendant SHARON RUDD reflecting that defendant SHARON RUDD had worked 45 hours of

overtime that she had in fact never worked.  Defendant SHARON RUDD received $1,188.00 in compensation that she was not entitled to as a result of this false claim.

(2)  On or about September 22, 2003, defendant SHARON RUDD and Coconspirator A knowingly created and submitted to the NFC, a false claim, that is a time and attendance form on behalf of defendant SHARON RUDD reflecting that defendant SHARON RUDD had worked 40 hours of overtime that she had in fact never worked.  Defendant SHARON RUDD received $1,101.20 in compensation that she was not entitled to as a result of this false claim.

(3) On or about May 12, 2004, defendant SHARON RUDD and Coconspirator A knowingly created and submitted to the NFC, a false claim, that is a time and attendance form on behalf of defendant SHARON RUDD reflecting that defendant SHARON RUDD had worked 40 hours of overtime that she had in fact never worked.  Defendant SHARON RUDD received $1,149.20 in compensation that she was not entitled to as a result of this false claim.

**(Conspiracy to Commit False, Fictitious, and Fraudulent Claims, Causing an Act to Be Done, in violation of Title 18, United States Code, Sections 371 and 2)**

Respectfully submitted,

KENNETH WAINSTEIN
United States Attorney

By: _____
KIM A. HERD
D.C.  Bar #461615
Assistant United States Attorney
Fraud and Public Corruption Section
555 Fourth Street, N.W., Suite 5826
Washington, D.C. 20530
(202) 616-3702