UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

                                    Criminal No. 05-429 (EGS)

SHARON RUDD
    Defendant

FILED
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF INDICTMENT**

I, SHARON RUDD the above named defendant, who is accused of _Conspiracy to commit False, Fictitious and Fraudulent Claims in Violation of 18 USC 371, 287, 2._ being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____1/12/06____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer

AO 455 (Rev.5/85) Waiver of Indictment