## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES
       Plaintiff,

  vs.                              Criminal No. 05-429  (EGS)

SHARON RUDD
       Defendant.

_____/

### ORDER

On **JANUARY 12, 2006**, the defendant pled guilty to the Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **APRIL 4, 2006**; defendant's memorandum of law, if any shall be filed by no later than **APRIL 11, 2006**; the Government's memorandum of law, if any shall be filed by no later than **APRIL 18,  2006**, a reply, if any, shall be filed by no later than **APRIL 25, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **MAY 2, 2006 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: January 13, 2006   EMMET G. SULLIVAN
                              UNITED STATES DISTRICT JUDGE