RUDD, Sharon                                                          Page 17

THE HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 05-429-01 |
| | : | |
| vs. | : | |
| | : | |
| Sharon Rudd | | Disclosure Date: March 17, 2006 |

RECEIVED 2006 MAR 30 P 2:04
U.S. PROBATION OFFICE
E. BARRETT PRETTYMAN
U.S. DISTRICT COURT
DISTRICT OF

FILED
MAY - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____            _____
Assistant U.S. Attorney                                   Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

(✓) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Sharon Rudd_ 3/23/06                              _[signature]_ 3/27/06
Defendant    Date                                  Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by March 31, 2006, to U.S. Probation Officer **George Neal**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Richard A. Houck, Jr.
Chief United States Probation Officer

RUDD, Sharon                                                    Page 18

### Receipt and Acknowledgment

P.7, para 34: Please correct date of marriage: 12/7/91.

P.1         : Please also note the sentencing is scheduled at 11:30 A.M.

Signed By: _____
           (Defense Counsel/AUSA)

Date: _____3/24/06_____