IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No.   05-429 (EGS) |
| | : |
| SHARON RUDD | : |

**CONSENT REQUEST FOR PERMISSION TO TRAVEL**

Defendant, Sharon Rudd, through undersigned counsel, respectfully requests permission to travel to Enfield, North Carolina for her husband's family reunion from May 13, 2006 until May 15, 2006, and for her family reunion in Richmond, Virginia from June 24, 2006 until June 25, 2006.  In support of these requests she states as follows:

1. On or about January 12, 2006, Ms. Rudd pled guilty to a one count information charging her with conspiracy to commit fraud.  On or about May 2, 2006, this Court sentenced Ms. Rudd to two (2) years probation with the standard conditions.

2. Ms. Rudd and her family have had longstanding plans to attend her husband's family reunion in Enfield, North Carolina from May 13th until May 15th, and her family reunion in Richmond, Virginia from June 24th until June 25th.   Counsel was not aware of the planned travel at the time of the sentencing, and therefore did not ask the Court for permission to travel at that time.  Counsel contacted the supervision unit of the United States Probation Office, and was informed that personal travel requests within the first 60 days of supervision are generally denied unless specifically authorized by the Court.  Therefore, counsel was advised to seek the Court's approval for the requested travel so that Ms. Rudd and her husband will be able to attend these family reunions with their two sons.

3. Counsel spoke with Assistant United States Attorney Kim Herd, who authorized the defendant to represent that the government consents to Ms. Rudd's request to travel on these occasions.

- 2 -

WHEREFORE, for these reasons, counsel respectfully requests that the Court enter an order authorizing Ms. Rudd to travel to Enfield, North Carolina from May 13 - 15, 2006, and to Richmond, Virginia from June 24 - 25, 2006.

                Respectfully submitted,

                /s/
                Howard B. Katzoff (Bar # 348292)
                717 D Street, NW,   Suite 310
                Washington, D.C.  20004
                (202) 783-6414
                Attorney for Sharon Rudd

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Consent Request for Permission to Travel has been served electronically upon Kim Heard, Esquire, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530  this    9th    day of     May         , 2006.

                /s/
                Howard B. Katzoff