IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : Criminal No. 05-429 (EGS) |
| | : |
| | : |
| **SHARON RUDD** | : |

### ORDER

The Court has considered the defendant's Consent Request For Permission to Travel, and the entire record in this matter, and finds that the requested relief should be GRANTED

**ACCORDINGLY**, it is this _____ Day of _____May_____, 2006,

**ORDERED** that Sharon Rudd shall be permitted by the United States Probation Office to travel to Enfield, North Carolina from May 13 - 15, 2006, and to Richmond, Virginia from June 24 - 25, 2006.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

COPIES TO:

Howard B. Katzoff, Esq.
601 Indiana Avenue, N.W., Suite 500
Washington, D.C. 20004

Kim Herd, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Matthew Worboys
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 20001